CONSTANCE J. YU (SBN 182704)
E-mail: cyu@plylaw.com
PHILIP J. WANG (SBN 218349)
E-mail: pwang@plylaw.com
PUTTERMAN | YU | WANG LLP
345 California Street, Suite 1160
San Francisco CA 94104-2626
Tel: (415) 839-8779
Fax: (415) 737-1363

Attorneys for Defendant
EAT JUST, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BOTTEH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAT JUST, INC.,<br><br>Defendant. | Case No. 3:26-cv-02972-JSC<br><br>**ANSWER TO COMPLAINT**<br><br>Hon. Jacqueline Scott Corley<br><br>Removal/Complaint Filed: April 6, 2026<br>Trial Date: None Set |

Defendant Eat Just, Inc. ("Defendant") sets forth its Answer and Defenses to Plaintiff Daniel Botteh's Complaint as follows:

**ANSWER TO COMPLAINT**

**Introduction**

1. Defendant states that the allegations in Paragraph 1 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 1 and specifically denies that Defendant has violated any statute or common law duty and denies that any class should be certified.

2. Defendant denies the allegations contained in Paragraph 2 of the Complaint.

3. Defendant denies the allegations contained in Paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation contained in Paragraph 5 of the Complaint that "Plaintiff…purchased the Products in California," and on this basis denies it. Defendant denies the remaining allegations contained in Paragraph 5 of the Complaint.

**Parties**

6. Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation contained in Paragraph 7 of the Complaint that Plaintiff "is a resident of California" and on this basis denies it. Defendant denies the remaining allegations contained in Paragraph 7 of the Complaint.

**Jurisdiction and Venue**

8. Defendant states that the allegations in Paragraph 8 are legal conclusions to which no response is necessary.

9. Defendant denies the allegation in Paragraph 9 that it is headquartered in Alameda, California. Defendant states that the remaining allegations in Paragraph 9 are legal conclusions to which no response is necessary.

10. Defendant denies the allegation in Paragraph 10 that its principal place of business is in Alameda, California. Defendant states that the remaining allegations in Paragraph 10 are legal conclusions to which no response is necessary.

**Factual Allegations**

11. Defendant states that the photographs in Paragraph 11 speak for themselves. Defendant denies the allegation in Paragraph 11 that any product misled "reasonable consumers into believing that the Products are free from preservatives."

**Citric Acid is a Preservative**

12. Defendant states that the purported reference in Paragraph 12 speaks for itself. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12 of the Complaint and on this basis denies them.

13. Defendant states that the purported reference in Paragraph 13 speaks for itself. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13 of the Complaint and on this basis denies them.

14. Defendant states that the purported reference in Paragraph 14 speaks for itself. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14 of the Complaint and on this basis denies them.

15. Defendant states that the purported reference in Paragraph 15 speaks for itself. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15 of the Complaint and on this basis denies them.

16. Defendant states that the purported reference in Paragraph 16 speaks for itself. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 16 of the Complaint and on this basis denies them.

17. Defendant states that the purported references in Paragraph 17 speak for themselves. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 17 of the Complaint and on this basis denies them.

///

///

18. Defendant states that the purported references in Paragraph 18 speak for themselves. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 18 of the Complaint and on this basis denies them.

19. Defendant states that the purported references in Paragraph 19 speak for themselves. Defendant admits that it uses citric acid derived from aspergillus niger for flavoring. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of the Complaint and on this basis denies them.

20. Defendant states that the purported references in Paragraph 20 speaks for themselves. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 of the Complaint and on this basis denies them.

21. Defendant states that the allegations in Paragraph 21 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 21.

**Reasonable Consumers are Deceived by Defendant's False Labeling Statement and Suffered Economic Injury**

22. Defendant states that the purported references in Paragraph 22 speaks for themselves. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 22 of the Complaint and on this basis denies them.

23. Defendant states that the purported references in Paragraph 23 speaks for themselves. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 23 of the Complaint and on this basis denies them.

24. Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in Paragraph 25 of the Complaint.

26. Defendant denies the allegations contained in Paragraph 26 of the Complaint.

27. Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of the Complaint.

**Plaintiff's Purchase of the Product**

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint and on this basis denies them.

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiff saw or relied on or would have done or not done contained in Paragraph 31 of the Complaint and on this basis denies them. Defendant denies the remaining allegations contained in Paragraph 31.

32. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiff would have done or not done contained in Paragraph 32 of the Complaint and on this basis denies them. Defendant denies the remaining allegations contained in Paragraph 32 and specifically denies that Plaintiff suffered any injury in fact.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiff desires or feels contained in Paragraph 33 of the Complaint and on this basis denies them. Defendant denies the remaining allegations contained in Paragraph 33 and specifically denies that there was any misrepresentation.

**No Adequate Remedy at Law**

34. Defendant denies the allegations in Paragraph 34 of the Complaint that Plaintiff and a putative class are entitled to equitable relief, or indeed any relief whatsoever, and Defendant further denies that any such class should be certified. Defendant states that the remaining allegation in Paragraph 34 is a legal conclusion to which no response is necessary, but to the extent an answer is required, Defendant denies the allegation.

35. Defendant denies the allegations contained in Paragraph 35 of the Complaint and specifically denies that there was any "actionable misconduct" under the UCL.

36. Defendant denies the allegations contained in Paragraph 36 of the Complaint and specifically denies that Plaintiff or any member of a putative class are entitled to restitution and Defendant further denies that any such class should be certified.

///

///

37. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 regarding what Plaintiff's "primary objective" is, and on this basis denies it. Defendant denies the remaining allegations contained in Paragraph 37.

38. Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39. Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40. Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41. Defendant denies the allegations contained in Paragraph 41 of the Complaint.

42. Defendant admits that discovery has not yet commenced in this case and that no class has been certified and no expert discovery has been completed. Defendant denies the remaining allegations contained in Paragraph 42 of the Complaint.

43. Defendant states that the allegations in Paragraph 43 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 43.

**Class Action Allegations**

44. Defendant states that the allegations in Paragraph 44 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 44 and specifically denies that any class should be certified.

45. Defendant states that the allegations in Paragraph 45 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 45 and specifically denies that any class should be certified.

46. Defendant states that the allegations in Paragraph 46 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 46 and specifically denies that any class should be certified.

47. Defendant denies the allegations contained in Paragraph 47.

48. Defendant denies the allegations contained in Paragraph 48.

49. Defendant denies the allegations contained in Paragraph 49.

50. Defendant denies the allegations contained in Paragraph 50.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the competency and experience of Plaintiff's counsel contained in Paragraph 32 of the Complaint and on this basis denies them. Defendant denies the remaining allegations contained in Paragraph 51.

52. Defendant denies the allegations contained in Paragraph 52.

53. Defendant denies the allegations contained in Paragraph 53.

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding why Plaintiff seeks injunctive and equitable contained in Paragraph 54 of the Complaint and on this basis denies them. Defendant denies the remaining allegations contained in Paragraph 54.

55. Defendant denies the allegations contained in Paragraph 55.

**First Claim for Relief**

56. Defendant realleges and incorporates by reference its responses to all prior Paragraphs as if fully set forth herein.

57. Defendant admits the allegation in Paragraph 57 of the Complaint that Plaintiff's Complaint includes a purported claim under the CLRA.

58. Defendant states that the allegations in Paragraph 58 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 58.

59. Defendant states that the allegations in Paragraph 59 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 59.

60. Defendant states that the allegations in Paragraph 60 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 60.

61. Defendant states that the allegations in Paragraph 61 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 61.

62. Defendant denies the allegations contained in Paragraph 62.

63. Defendant denies the allegations contained in Paragraph 63.

64. Defendant denies the allegations contained in Paragraph 64.

65. Defendant denies the allegations contained in Paragraph 65.

66. Defendant denies the allegations contained in Paragraph 66.

67. Defendant denies the allegations contained in Paragraph 67.

68. Defendant states that the allegations in Paragraph 68 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 68.

69. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint and on this basis denies them.

70. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint and on this basis denies them.

71. Defendant states that the allegations in Paragraph 71 are legal conclusions to which no response is necessary. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 71.

## **Second Claim for Relief**

72. Defendant realleges and incorporates by reference its responses to all prior Paragraphs as if fully set forth herein.

73. Defendant admits the allegation in Paragraph 73 of the Complaint that Plaintiff's Complaint includes a purported claim under the UCL.

74. Defendant states that the allegation in Paragraph 74 is a legal conclusion to which no response is necessary. To the extent an answer is required, Defendant denies the allegation contained in Paragraph 74.

75. Defendant denies the allegations contained in Paragraph 75.

76. Defendant denies the allegations contained in Paragraph 76.

77. Defendant denies the allegations contained in Paragraph 77.

78. Defendant denies the allegations contained in Paragraph 78.

79. Defendant denies the allegations contained in Paragraph 79.

80. Defendant denies the allegations contained in Paragraph 80.

81. Defendant denies the allegations contained in Paragraph 81.

82. Defendant denies the allegations contained in Paragraph 82.

83. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint and on this basis denies them. Defendant specifically denies that Plaintiff or any putative class member is entitled to any relief.

84. Defendant denies the allegations contained in Paragraph 84.

## Third Claim for Relief

85. Defendant realleges and incorporates by reference its responses to all prior Paragraphs as if fully set forth herein.

86. Defendant admits the allegation in Paragraph 86 of the Complaint that Plaintiff's Complaint includes a purported claim for breach of express warranty.

87. Defendant denies the allegations contained in Paragraph 87.

88. Defendant denies the allegations contained in Paragraph 88.

89. Defendant denies the allegations contained in Paragraph 89.

90. Defendant denies the allegations contained in Paragraph 90.

91. Defendant denies the allegations contained in Paragraph 91.

92. Defendant denies the allegations contained in Paragraph 92.

93. Defendant denies the allegations contained in Paragraph 93.

## PRAYER FOR RELIEF

Defendant denies that the Plaintiff is entitled to class certification of any class, damages of any kind, injunctive relief, restitution and/or disgorgement of profits, a declaratory judgment or any other judgment, costs of suit, attorneys' fees, pre-judgment interest, or any other relief at all.

## ADDITIONAL AND SEPARATE DEFENSES

Pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, Defendant hereby sets forth the following separate and/or affirmative defenses.

**FIRST DEFENSE**
**(Failure to State a Claim)**

One or more of the causes of action set forth in the Complaint is barred, in whole or in part, because the Complaint fails to allege facts sufficient to support a claim upon which relief may be granted against Defendant.

**SECOND DEFENSE**
**(First Amendment)**

Plaintiff's claims in the Complaint are barred to the extent they challenge Defendant's exercise of rights protected by the First Amendment.

**THIRD DEFENSE**
**(Statute(s) of Limitations)**

Plaintiff's claims in the Complaint are barred, in whole or in part, by the applicable statute of limitations.

**FOUTH DEFENSE**
**(Justified Conduct/Privilege)**

Plaintiff's claims in the Complaint are barred, in whole or in part, because Defendant's challenged conduct was lawful, fair, non-deceptive, expressly authorized by law, justified, and/or privileged.

**FIFTH DEFENSE**
**(No Actual Injury)**

Plaintiff's claims in the Complaint are barred, in whole or in part, due to Plaintiff's lack of actual injury.

**SIXTH DEFENSE**
**(No Damages)**

Plaintiff's claims in the Complaint are barred, in whole or in part, due to Plaintiff's lack of damages.

**SEVENTH DEFENSE**
**(No Causation)**

No act or omission of Defendant was a substantial factor in bringing about the damages alleged, nor was any act or omission of Defendant a contributing cause of any alleged damages.

**EIGHTH DEFENSE**
**(Reservation of Rights)**

Defendant has insufficient knowledge and/or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available in this action. Defendant therefore reserves the right to assert additional defenses in the event discovery indicates that they may be appropriate.

**PRAYER FOR RELIEF**

**WHEREFORE**, Defendant requests that the Court:

1. Deny the certification of any putative class;

2. Deny all of the claims for relief requested in Plaintiff's Complaint; and

3. Enter an Order pursuant to which Plaintiff takes nothing for the claims it has asserted in this action as to Defendant.

Dated: May 21, 2026

PUTTERMAN | YU | WANG LLP

By: ______________________
PHILIP J. WANG
Attorneys for Defendant EAT JUST, INC.