CROSNER LEGAL, P.C.
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Adam C. York (*Pro Hac Vice*)
adam@crosnerlegal.com
1021 West Adams St., Ste. 200
Chicago, Illinois 60607
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANIEL BOTTEH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAT JUST, INC.,<br><br>Defendant. | Case No. 3:26-cv-02972-JSC<br><br>**STIPULATED SCHEDULE**<br><br>Initial Case Management Conference<br><br>Judge: Jacqueline Scott Corley<br>Date: July 8, 2026<br>Time: 2:00 p.m. |

Plaintiff Daniel Botteh ("Plaintiff") and Eat Just, Inc. ("Defendant") (together with Plaintiff the "Parties") hereby submit this Stipulated Schedule pursuant to the Court's direction during the July 8, 2026 case management conference and the Court's Minute Entry filed on that same date (ECF No. 14).

**1. Scheduling**

The Parties propose the schedule below. The Parties maintain that it is premature to schedule dates until after the Court rules on Plaintiff's anticipated motion for class certification as it would have a substantial impact on the time necessary to complete any remaining non-expert and expert discovery and prepare for trial. As such, the Parties have proposed a deadline to confer and file an updated status report and proposed schedule following the Court's ruling on said motion below.

| Event | Date |
|---|---|
| Deadline to file Motion to Amend the Pleadings and/or Join New Parties | **December 23, 2026** [Approx. 12 weeks before deadline to file motion for class certification] |
| Deadline to file Plaintiffs' Motion for Class Certification, including any expert reports upon which Plaintiff relies in their motion | **April 1, 2027** [Approx. 10 months following Initial CMC] |
| Deadline to complete depositions and document productions for Plaintiff's experts re: Class Certification | [Approx. 28 days after filing motion] |
| Deadline to file Defendant's Opposition to Class Certification, including any counter expert reports upon which Defendant relies in its motion | [Approx. 35 days after filing motion] |
| Deadline to complete depositions and document productions for Defendant's experts re: Class Certification | [Approx. 28 days after filing opposition] |
| Deadline to file Plaintiffs' Reply in Support of Class Certification, including any rebuttal expert reports upon which Plaintiffs rely in their motion | [Approx. 35 days after filing opposition] |
| Hearing on Class Certification Motion | [Approx. 30 days after filing reply] |
| Deadline for Parties to confer and file a Joint Status Report and updated Proposed Scheduling Order | 21 days after Court enters Order regarding Class Certification |
| Further case management conference | Approx 28 days after Court enters Order regarding Class Certification |



CROSNER LEGAL, P.C.

| Event | Date |
|---|---|
| Last date to notice (non-expert) depositions | TBD after Court enters Order regarding Class Certification, but at least 30 days before the close of fact discovery. |
| Close of Fact Discovery[1] | TBD after Court enters Order regarding Class Certification. |
| Deadline for Plaintiffs' (merits) expert disclosures | TBD after Court enters Order regarding Class Certification, approx. 30 days after close of fact discovery |
| Deadline for Defendant's rebuttal (merits) expert disclosures | TBD after Court enters Order regarding Class Certification, approx. 60 days after close of fact discovery |
| Deadline to notice expert depositions | TBD after Court enters Order regarding Class Certification, but at least 30 days before the close of expert discovery |
| Close of (merits) expert discovery | TBD after Court enters Order regarding Class Certification, approx. 120 days after close of fact discovery |
| Pre-Trial Conference | TBD |
| Trial | TBD |

[Signature page follows.]

[1] Other than discovery related to noticing Class Members pursuant to Fed. R. Civ. P. 23(d).

Dated: July 15, 2026

Respectfully Submitted,

For Defendant Eat Just, Inc.

By: *s/ Philip J. Wang*
Philip J. Wang (with permission)

**Putterman | Yu | Wang LLP**
Philip J. Wang
pwang@plylaw.com
Constance Jiun-Yee Yu
cyu@plylaw.com
345 California St. Suite 1160
San Francisco, CA 94104

For Plaintiff Daniel Botteh and the proposed Class

By: *s/ Adam C. York*
Adam C. York

**Crosner Legal, P.C.**
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, California 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
Adam C. York (*Pro Hac Vice*)
adam@crosnerlegal.com
1021 West Adams St., Ste. 200
Chicago, Illinois 60607

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that each of the signatories whose electronic signature is listed on this document has concurred in the filing of this document.

Dated: July 15, 2026

s/ Adam C. York



CROSNER LEGAL, P.C.