UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL BOTTEH,
Plaintiff,
v.
EAT JUST, INC.,
Defendant.

Case No. 26-cv-02972-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION PROCEEDINGS**

After considering the parties' proposed scheduled (Dkt. No. 15), the Court ORDERS the following case deadlines:

- Move to Amend Pleadings/Join New Parties: December 23, 2026
- Plaintiffs' Class Certification Motion/Class Expert Reports: April 1, 2027
- Complete Depositions/Documents Re: Plaintiff's Class Experts: April 29, 2027
- Defendant's Class Certification Opposition/Expert Reports: May 6, 2027
- Complete Depositions/Documents Re: Defendant's Class Experts: June 3, 2027
- Plaintiff's Class Certification Reply: July 8, 2027
- Class Certification Hearing: July 29, 2027

The Court advances the further case management conference from January 20, 2027 to December 9, 2026 at 2:00 p.m. via Zoom video. An updated joint statement is due December 2, 2026. The Court will be particularly interested in the parties' ADR plans.

**IT IS SO ORDERED.**

Dated: July 16, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California