CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BOTTEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAT JUST, INC.,<br><br>Defendant. | Case No. 3:26-cv-02972-JSC<br><br>**DECLARATION OF CRAIG W. STRAUB RE: PROPOSED STIPULATED PROTECTIVE ORDER** |

I, Craig W. Straub, declare as follows:

1. I am counsel of record for Plaintiff in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

3. I submit this declaration in support of the Parties' Proposed Stipulated Protective Order, filed concurrently.

4. In accordance with Judge Corley's Civil Standing Order, the Parties utilized the Northern District of California's Model Stipulated Protective Order (for standard litigation).

5. The Proposed Stipulated Protective Order is identical to the Model Stipulated Protective Order (for standard litigation), except for the addition of case-identifying information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2026, in San Diego, California.

Dated: November 4, 2026

CROSNER LEGAL, P.C.

By: */s/ Craig W. Straub*

Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637

Attorney for Plaintiff